# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ARTHUR JOHNSON JR.,

        Plaintiff,

v.

RICK GOOD, TIMOTHY HARRIS,
and JULIE CABAL,

        Defendants.
_____ /

Civil Case No. 08-14305

DIST. JUDGE PAUL D. BORMAN

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION IN FAVOR OF GRANTING PLAINTIFF'S MOTION TO REMAND THIS MATTER TO STATE COURT

Before the Court is the Magistrate Judge's December 4, 2008, Report and Recommendation in favor of granting Plaintiff's Motion to Remand this Matter to State Court. (Dkt. No. 11). Having reviewed that Report and Recommendation, and there being no objections, the Court enters as its findings and conclusions the Report and Recommendation **GRANTING** Plaintiff's Motion to Remand this Matter to State Court.

    **SO ORDERED.**

                              S/Paul D. Borman
                              PAUL D. BORMAN
                              UNITED STATES DISTRICT JUDGE

Dated: December 30, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on December 30, 2008.

                                              S/Denise Goodine
                                              Case Manager